UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| IN RE:<br><br>Matthew Peter Faro,<br><br>Debtor. | Case No. 17-14728-JNF<br>Chapter 13 |

## ASSENTED TO MOTION TO CONTINUE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes Federal National Mortgage Association and moves that the hearing on its Motion for Relief from Automatic Stay [Docket No. 38] scheduled for April 26, 2018 be continued for thirty (30) days. In support of its motion, Federal National Mortgage Association states as follows:

1. The parties are discussing this matter in the hopes of resolving or narrowing the present dispute and additional time is requested.

2. Debtor's counsel assents to the allowance of this motion.

WHEREFORE, Federal National Mortgage Association respectfully requests that the hearing on its Motion for Relief from Automatic Stay [Docket No. 38] scheduled for April 26, 2018 be for thirty (30) days.

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/ Jason J. Giguere
Jason J Giguere
BBO#  667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: April 23, 2018



UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

| IN RE:<br><br>Matthew Peter Faro,<br>Debtor. | Case No. 17-14728-JNF<br>Chapter 13 |
|---|---|

CERTIFICATE OF SERVICE

I, Jason J Giguere, state that on April 23, 2018, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of Federal National Mortgage Association using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Richard Ravosa
Carolyn A. Bankowski
John P. Fitzgerald III

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Cheryl Faro
7 Madison Rd
Wilmington, MA 01887

Matthew Peter Faro
7 Madison Rd
Wilmington, MA 01887

Tax Collector's Office
Town of Wilmington
121 Glen Rd.
Wilmington, MA 0188

Respectfully submitted,

Federal National Mortgage Association,
By its Attorney

/s/ Jason J. Giguere
Jason J Giguere
BBO#  667662
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: April 23, 2018